UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL PIELER JR,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W COLVIN,<br><br>    Defendant. | CASE NO. C14-170-MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("RR") of the Honorable Magistrate Judge Brian A. Tsuchida. (Dkt. No. 25.) Having reviewed the RR, objections, response and all related papers, the Court **ADOPTS** the RR; **AFFIRMS** the decision of the Commissioner, and **DISMISSES** this case with prejudice.

  In this appeal from the Social Security Administration's denial of Daniel Pieler's application for disability benefits, the RR recommends affirming the Commissioner. Plaintiff Pieler objects on the grounds the evidence considered and incorporated by the appeals council—a GAF score of 50 for the previous year and a suicidal gesture event leading up to that assessment—deprived the ALJ's decision of substantial evidentiary support. (Dkt. No. 27 at 4.)

1 | As the RR correctly noted, the Court must assess whether the evidence as a whole supports the Commissioner's decision. (Dkt. No. 25 at 3, citing Brewes v. Commissioner of Social Sec. Admin., 682 F.3d 1157, 1163 (9th Cir. 2012.)) In this case, the GAF scores offered by Pieler, are not dispositive of disability, as noted by Judge Tschudida. Dr. Lukins only estimated (in his own words) that the GAF score for the last year was 50. Tr. 581. It did not "establish," as the objections argue, a GAF score of 50. (Dkt. No. 27.) Nonetheless, the RR placed the new evidence within the entire record and correctly found the Commissioner's decision still supported by substantial evidence. (Dkt. No. 25 at 7-8.)

Therefore, the Court **ADOPTS** the Report and Recommendation; **AFFIRMS** the decision of the Commissioner and **DISMISSES** this case with prejudice. The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

Dated this 19th day of September, 2014.

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2